UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BRADY FULLER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-283 |
| | § | |
| CITY OF SANTA FE, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO MEDIATE

The plaintiff's opposed motion to refer this case to Magistrate Judge Andrew Edison for mediation (Dkt. 112) is **GRANTED**. The parties are **ORDERED** to participate in a mediation conference with Judge Edison. Each party is **ORDERED** to participate in the mediation conference in good faith and to send a representative to the mediation conference who has full authority to negotiate a settlement.

SIGNED at Galveston, Texas, this 5th day of August, 2019.

_____
George C. Hanks Jr.
United States District Judge

1 / 1