United States District Court
Southern District of Texas
**ENTERED**
August 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRADY FULLER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:18-CV-283 |
| § | |
| CITY OF SANTA FE, TEXAS, § | |
| § | |
| Defendant. § | |

**CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **September 13, 2019,** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot**.

SIGNED at Galveston, Texas, this 15th day of August, 2019.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge